IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LAQUETTA JACKSON, )
 )
 Plaintiff, )
 )
 ) CIVIL ACTION NO.:
v. )
 ) 2:07cv818 - MEF
GLOVIS ALABAMA, LLC, and, )
WORKFORCE OF MONTGOMERY, )
INC., )
 )
 Defendants. )

RECEIVED
2007 SEP 12 A 9: 41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve by certified mail, pursuant to the Alabama Rules of Civil Procedure 4.1 and Federal Rule of Civil Procedure 4(d)(7), the following defendant(s): Glovis Alabama, LLC, and Workforce of Montgomery, Inc.

Heather Leonard
**Attorney for Plaintiff**