

GLOVIS Alabama, L.L.C.
300 Hyundai Blvd.
Montgomery, Alabama 36105
phone: 334.244.2025 fax: 334.244.2176

RECEIVED

2007 SEP 17 P 2: 33

DEBRA P. HACKETT, CL'K
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

September 13, 2007

Debra P. Hackett, Clerk of Court
United States District Court
Middle District
One Church Street
Montgomery, AL 36104

Re:   Civil Action No: :07CV818-MEF
      Plaintiff: Laquetta Jackson
      Vs. Glovis Alabama, LLC and Workforce of Montgomery, Inc.

Dear Ms. Hackett:

Glovis Alabama received documents today regarding the above captioned case. Upon receipt of the documents I began to review as I did not recognize Ms. Jackson as either a present or past employee of Glovis Alabama. Upon further review of the documents I discovered that the EEOC claims were addressed to Glovis MVP, 250 Hyundai Blvd therefore this Summons was sent to the wrong employer and the wrong employer has been cited by the attorney for the Plaintiff. The summons was sent to Glovis Alabama located at 300 Hyundai Blvd. I would be unable to provide any information to this case as Ms. Jackson was never an employee of Glovis Alabama  Please notify the appropriate parties that these documents were sent to the wrong employer and that the wrong employer is named in the documents.

Please contact me if you have any questions, I can be reached at 334-387-4203.

Sincerely,

Liz Lindemann
Assistant Manager, HR
Glovis Alabama, LLC
300 Hyundai Blvd
Montgomery, AL 36105

Cc: Heather N. Leonard
    Heather Leonard, P.C.