**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Juliana Daniels*
☐ Agent
☐ Addressee

B. Received by (Printed Name): Juliana Daniels
C. Date of Delivery: 9/13/07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:
07CV818 SVC

1. Article Addressed to:

Glovis Alabama, LLC
c/o Hong Suk Kim, Registered Agent
300 Hyundai Blvd.
Montgomery AL 36105

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0001 3936 7687

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540