**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Workforce of Montgomery, Inc.
c/o Mavis Anderson Walker
300 Arba Street
Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Selena Martin
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
Selena Martin

C. Date of Delivery
9-13-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07CV818
S&C

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7006 2760 0001 3936 7694

102595-02-M-1540

2011, February 2004    Domestic Return Receipt