# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **LAQUETTA JACKSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| vs. ) | |
| ) | **2:07 cv 818-MEF** |
| **WORKFORCE** ) | |
| **OF MONTGOMERY, INC. and** ) | |
| **GLOVIS ALABAMA, LLC** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

_____

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
_____

Defendant WorkForce of Montgomery, Inc., LLC, in accordance with this Court's Order, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- There are no entities to be reported.

            Respectfully submitted,

            *s/Jenna M. Bedsole*
            Stephen E. Whitehead (WHI 066)
            Jennifer M. Bedsole (MCC107)
            Rachel E. VanNortwick (VAN040)
            Attorneys for Defendant,
            WorkForce of Montgomery, Inc.

**OF COUNSEL:**
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, AL 35243
(205) 967-8822
(205) 967-2380 facsimile

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing was served upon the following counsel of record by efiling and/or by United States Mail, with postage prepaid and properly addressed on this the 3rd day of October, 2007:

Heather Leonard, P.C.
The Gross Building
2108 Rocky Ridge Road, Suite 1
Birmingham, AL  35216
(205) 978-7899
(205) 278-1400 facsimile

          *s/Jenna M. Bedsole*
          OF COUNSEL