IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **LAQUETTA JACKSON,** | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| V. | * | CIVIL ACTION NO.: 2:07CV818-MEF |
| | * | |
| **GLOVIS ALABAMA, LLC and** | * | |
| **WORKFORCE OF** | * | |
| **MONTGOMERY, INC.,** | * | |
| | * | |
| DEFENDANTS. | * | |

## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4 of the Middle District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Glovis Alabama, LLC, in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

    /s/Patricia J. Ponder
PATRICIA J. PONDER (PONDP7626)
WINDY C. BITZER (BITZW7315)
Attorneys for Defendant Glovis Alabama, LLC

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511

- 2 -

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have, on October 3, 2007, served a copy of the foregoing pleading on all parties of record by placing same in the United States Mail, postage prepaid and properly addressed, to-wit:

Heather Newsom Leonard  
Heather Leonard, P.C.  
The Gross Building  
2108 rocky Ridge Road, Suite 1  
Birmingham, Alabama 35216

      /s/Patricia J. Ponder

684844_1

- 2 -