IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

| | |
|---|---|
| LAQUETTA JACKSON_____, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>GLOVIS ALABAMA, LLC, et al. )<br>_____, )<br>)<br>Defendants, ) | CASE NO. 2:07CV818-MEF |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __LaQuetta Jackson__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

10/3/2007
Date

/s/ Heather Newsom Leonard
(Signature)

Heather Newsom Leonard
(Counsel's Name)

LaQuetta Jackson
Counsel for (print names of all parties)

2108 Rocky Ridge Road, Suite 1
Birmingham, AL 35243
Address, City, State Zip Code

_____
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

## CERTIFICATE OF SERVICE

I, Heather Newsom Leonard, do hereby Certify that a true and correct copy of the foregoing has been furnished by the court's electronic filing service (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 3rd day of October 20 07, to:

Jennifer Bedsole

Patricia Ponder

10/3/2007  /s/ Heather Newsom Leonard
Date                                   Signature