IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **LAQUETTA JACKSON,** | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| V. | * | CIVIL ACTION NO.: 2:07CV818-MEF |
| | * | |
| **GLOVIS ALABAMA, LLC and** | * | |
| **WORKFORCE OF** | * | |
| **MONTGOMERY, INC.,** | * | |
| | * | |
| DEFENDANTS. | * | |

**NOTICE OF WITHDRAWAL BY DEFENDANT
GLOVIS ALABAMA, LLC, and NOTICE OF APPEARANCE
FOR MONTGOMERY VEHICLE PROCESSING, L.L.C.**

Having received notice of Plaintiff's Amended Complaint, including her intention to dismiss Glovis Alabama, LLC as a Defendant and substitute Montgomery Vehicle Processing, L.L.C. in its place, undersigned counsel hereby withdraw their appearance on behalf of Glovis Alabama, LLC, and give notice of their appearance for Montgomery Vehicle Processing, L.L.C., further confirming their understanding that, in light of Plaintiff's Amended Complaint, the Answer filed on behalf of Glovis Alabama, LLC should now be rendered moot.

        /s/Patricia J. Ponder
PATRICIA J. PONDER (PONDP7626)
WINDY C. BITZER (BITZW7315)
Attorneys for Defendant Montgomery
Vehicle Processing, L.L.C.

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511

2

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have, on October 4, 2007, served a copy of the foregoing pleading on all parties of record by placing same in the United States Mail, postage prepaid and properly addressed, to-wit:

Heather Newsom Leonard  
Heather Leonard, P.C.  
The Gross Building  
2108 Rocky Ridge Road, Suite 1  
Birmingham, Alabama 35216  

Jennifer McCammon Bedsole  
Rachel Ellen VanNortwick  
Stephen E. Whitehead  
Lloyd, Gray & Whitehead, P.C.  
2501 Twentieth Place South  
Suite 300  
Birmingham, AL 35223  

                                        /s/Patricia J. Ponder

685846_1