IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LAQUETTA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| vs. | ) | |
| | ) | |
| GLOVIS ALABAMA, LLC, and | ) | 07-CV-818-MEF |
| WORKFORCE OF | ) | |
| MONTGOMERY, INC. | ) | UNOPPOSED |
| | ) | |
| Defendants. | ) | |

CONSENT MOTION TO EXTEND DEADLINE
TO HOLD RULE 26 PLANNING MEETING

COMES NOW the Plaintiff and moves this Honorable Court to enter an Order extending the deadline for the parties to hold the Rule 26 Planning Meeting in this action until November 16, or such other time as the Court desires, in order to allow all the proper parties to this action to participate in the planning meeting.

This motion should be granted for the following reasons:

---

*Jackson v. Glovis*
Plaintiff's Motion to Extend
1

1. The Plaintiff brings this action pursuant to Title VII of the Civil Rights Act of 1964, as amended, alleging that she was subjected to unlawful sexual harassment and retaliation by the Defendants.

2. On October 2, 2007, the Plaintiff filed a *Motion to Amend Plaintiff's Complaint* seeking to substitute Montgomery Vehicle Processing, L.L.C. for the currently named Defendant Glovis Alabama, LLC. This motion is currently pending before the Court.

3. The Plaintiff files this motion seeking an extension of the time to hold the Rule 26 Planning Conference in this action in order to allow this Court time to rule on the pending *Motion to Amend*, and in the event the motion is granted, to allow proposed Defendant Montgomery Vehicle Processing, L.L.C. an opportunity to file an Answer and participate in the Rule 26 Conference.

4. Counsel for the Plaintiff has conferred with counsel for all the Defendants, both proposed and current, and none of the Defendants object to this motion.

   WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully

requests the entry of an Order extending the deadline for the parties to hold the Rule 26 Planning Meeting in this action until November 16, or such other time as the Court desires.

/s/ Heather Newsom Leonard
Heather Newsom Leonard
Attorney Code - NEW018
ASB-1152-061H
ATTORNEY FOR PLAINTIFF

OF COUNSEL:

HEATHER LEONARD, P.C.
The Gross Building
2108 Rocky Ridge Road, Suite 1
Birmingham, AL  35216
Phone:      (205) 978-7899
Facsimile:  (205) 278-1400
E-mail:     Heather@HeatherLeonardPC.Com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on the following via the Court's electronic filing system:

Jennifer M. Bedsole
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, AL 35243

Patricia J. Ponder
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601

Done this the 12th day of October, 2007

                                          /s/ Heather Newsom Leonard
                                          Of Counsel