IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAQUETTA JACKSON, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:07-cv-818-MEF |
| | ) |
| GLOVIS ALABAMA, LLC, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the Consent Motion for Extension of Deadline to Hold Rule 26 Meeting (Doc. #16) filed on October 12, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 16th day of October, 2007.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE