# In the United States District Court
# For the Middle District of Alabama

**LAQUETTA JACKSON,**

    Plaintiff(s)

vs.

**GLOVIS ALABAMA, LLC, and**
**WORKFORCE OF MONTGOMERY, INC.**

    Defendant(s).

**SUMMONS**
(Issued pursuant to Rule 4
of the Federal Rules of
Civil Procedure or other
appropriate laws.)

**CIVIL ACTION NO.:**

07CV818-MEF

TO DEFENDANT **Montgomery Vehicle Processing, L.L.C., c/o Mark McCoy, Registered Agent, 250 Hyundai Boulevard, Montgomery, AL 36105**
    (Name and Address)

You are hereby summoned and required to serve upon plaintiff's attorney(s):
    **Heather N. Leonard, Heather Leonard, P.C.**
    (Name and Address)
**The Gross Building; 2108 Rocky Ridge Road, Suite 1; Birmingham, AL 35216**

a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 10/18/07

CLERK By: *Debra P. Hackett* / *Austin*

SEE REVERSE SIDE FOR RETURN
(If First Class Mail is utilized in
service of complaint, use Form 18-A
in lieu of reverse side of this summons.)

Deputy Clerk

NOTE: A separate summons must be
prepared for each defendant.

(SEAL OF COURT)

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA