**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Montgomery Vehicle Processing, L.L.C.,
c/o Mark McCoy, Registered Agent
250 Hyundai Boulevard
Montgomery, AL 36105

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Direct_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    Date of Delivery
Dave Grant    30

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

07cv 818-MEF
Amended

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0001 3936 7793

102595-02-M-1540

Domestic Return Receipt