IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LAQUETTA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| vs. | ) | |
| | ) | 07-CV-818-MEF |
| MONTGOMERY VEHICLE | ) | |
| PROCESSING, L.L.C., and, | ) | |
| WORKFORCE OF | ) | |
| MONTGOMERY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

REPORT OF THE PARTIES PLANNING CONFERENCE

1.  **Appearances.**  Pursuant to Rule 26(f) of the Fed.R.Civ.P., a conference was held on November 15, 2007, via telephone among the following:

 Heather N. Leonard for the plaintiff; and

 Jennifer McCammon Bedsole for defendant Workforce of Montgomery, Inc.[1]

---

[1] Defendant Montgomery Vehicle Processing, LLC ("MVP") has not yet filed an Answer in this case. Defendant MVP's Answer is not due until December 28, 2007. Out of an abundance of caution, the parties have attempted to set the deadlines in this report to insure that Defendant MVP is not prejudiced as a result of not participating in this conference.

2.      **Pretrial Hearing/Trial Date**  The parties request that a pretrial hearing of this case be scheduled in **August 2008**, in the Chambers of Chief United States District Judge Mark E. Fuller, The Frank M. Johnson, Jr. Federal Building and United States Courthouse, Montgomery, Alabama, and that this cause be set for trial during the term of court commencing on **September 29, 2008,** in Montgomery, Alabama.  The parties anticipate that the trial of this action will take **three (3)** days.

3.      **Pre-Discovery Disclosures.**  The parties will exchange by **December 4, 2007,** the information required by Rule 26(a)(3).  Defendant MVP's initial disclosures will be due 20 days from the date on which it files its Answer.

4.      **Discovery Plan.**  The parties jointly propose to the court the following discovery plan:

a.      Discovery will be needed on the following subjects:

1.      All information pertaining to plaintiff's claims and damages as set forth in the pleadings.

    2.    All information related to the defendants' answers to the plaintiff's complaint (and any amendments thereto) and the defendants' defenses.

b.    All discovery must be commenced in time to be completed by **June 30, 2008.**

c.    There will be a maximum of **30** interrogatories by each party to any other party. The responses will be due **30** days after service.

d.    There will be a maximum of **30** requests for production of documents by each party to any other party. The responses will be due **30** days after service.

e.    There will be a maximum of **25** requests for admission by each party to any other party. The responses will be due **30** days after service.

f.    The parties agree that no more than **8** depositions may be taken by a party without leave of court or agreement of the parties with a maximum time limit of **7 hours per deposition for parties**, and a maximum of **4 hours for non-parties** unless extended by agreement of the parties or the Court.

    g.    Reports from retained experts under Rule 26(a)(2) will be due from the plaintiff by **January 4, 2008,** and from the defendants by **January 25, 2008.**

    h.    Supplementation of the core disclosures under Rule 26(e) should be made within thirty days of a party learning of discoverable evidence, with final supplementation occurring on will be **June 6, 2008**.

    i.    Electronic Discovery:  Disclosure or discovery of electronically stored information should be handled as follows: All parties agree that they will submit electronically stored information in a form useful by the other party.  If data is stored in specialized software or programs, the party retaining such information agrees to make available to the other parties the necessary software or program to review the data. If this is not reasonably possible, the party retaining such information agrees to convert the information into a format which the other party can use or to reproduce the information into paper form.  If no such means are available, the parties agree to allow the opposing party to access the information at a prearranged time and place.

5.    **Other Items**

    a.    **Scheduling Conference:**  The parties do not request a conference with the court before entry of the Scheduling Order.

    b.    **Additional Parties, Claims and Defenses:**   Any motions to amend the pleadings and to add parties shall be filed on or before **January 4, 2008** for the Plaintiff.  The Defendants have until 30 days after the date on which the Answer for MVP is filed**.**

    c.    **Dispositive Motions:**   All potentially dispositive motions must be filed by **June 9, 2008.**

    d.    **Settlement:** Settlement and the possibility for mediation cannot be evaluated until some discovery is completed.

    e.    **Trial Evidence:**  The final list of witnesses and trial evidence under Rule 26(a)(3) should be submitted to the Court with the proposed pretrial order drafted by the parties.  The parties should have **10** days after service of the final lists of trial evidence to list objections under Rule 26(a)(3).

Dated:    November 15, 2007

                                                */s/ Heather N. Leonard*
                                                Heather Newsom Leonard
                                                ATTORNEY FOR THE PLAINTIFF

<u>OF COUNSEL</u>:

HEATHER LEONARD, P.C.
The Gross Building
2108 Rocky Ridge Road, Suite 1
Birmingham, AL 35216
Telephone:  (205) 978-7899
Facsimile:   (205) 278-1400

                                                              */s/ Jenna M. Bedsole*
                                                              Stephen E. Whitehead
                                                              Jennifer M. Bedsole
                                                              Rachel E. VanNortwick
                                                              ATTORNEYS FOR DEFENDANT,
                                                              WORKFORCE OF MONTGOMERY, INC.

<u>OF COUNSEL:</u>

LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, AL 35243
Telephone:  (205) 967-8822
Facsimile:   (205) 967-2380