IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LAQUETTA JACKSON, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| V. | * | CIVIL ACTION NO.: 2:07CV818-MEF |
| | * | |
| GLOVIS ALABAMA, LLC and | * | |
| WORKFORCE OF | * | |
| MONTGOMERY, INC., | * | |
| | * | |
| DEFENDANTS. | * | |

## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4 of the Middle District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Montgomery Vehicle Processing, L.L.C., in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

    /s/Patricia J. Ponder
PATRICIA J. PONDER (PONDP7626)
WINDY C. BITZER (BITZW7315)
Attorneys for Defendant MVP Alabama, LLC

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511

- 2 -

## CERTIFICATE OF SERVICE

      I do hereby certify that I have, on December 27, 2007, served a copy of the foregoing pleading on all parties of record by placing same in the United States Mail, postage prepaid and properly addressed, to-wit:

**Attorney for Plaintiff:**
Heather Newsom Leonard
Heather Leonard, P.C.
The Gross Building
2108 rocky Ridge Road, Suite 1
Birmingham, Alabama 35216

**Attorneys for Workforce of Montgomery:**
Jennifer McCammon Bedsole
Rachel Ellen VanNortwick
Stephen E. Whitehead
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, AL 35223

                                              /s/Patricia J. Ponder

684844_1