IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LAQUETTA JACKSON, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| V. | * | CIVIL ACTION NO.: 2:07CV818-MEF |
| | * | |
| GLOVIS ALABAMA, LLC and | * | |
| WORKFORCE OF | * | |
| MONTGOMERY, INC., | * | |
| | * | |
| DEFENDANTS. | * | |

## JOINT STIPULATION FOR
## DISMISSAL WITH PREJUDICE

Come now Plaintiff LaQuetta Jackson, and Defendants Workforce of Montgomery, Inc. and Montgomery Vehicle Processing, LLC, through their undersigned counsel, who constitute all the parties to this litigation, pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*, and stipulate for the dismissal of this action with prejudice, each party to bear their own costs and attorney's fees.

All counsel concur in this motion and have approved their electronic signature affixed hereto.

Respectfully submitted this 23rd day of June, 2008.

                                                      /s/Patricia J. Ponder
                                               PATRICIA J. PONDER (PONDP7626)
                                               WINDY C. BITZER (BITZW7315)
                                               Attorneys for Defendant Montgomery
                                               Vehicle Processing, L.L.C.

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511

2

|  |  |
|---|---|
|  | */s/ Heather Newsom Leonard* |
|  | Heather Newsom Leonard (NEW018) |

OF COUNSEL:
Heather Leonard, P.C.
The Gross Building
2108 Rocky Ridge Road, Suite 1
Birmingham, Alabama 35216

*/s/ Jennifer McCammon Bedsole*
Jennifer McCammon Bedsole  (MCC107)

OF COUNSEL:
Rachel Ellen VanNortwick
Stephen E. Whitehead
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, AL 35223

778891_1

2